IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHATRAILA JACKSON, DANIELA THOMAS and BRENDA MATHIS, | : |
| Plaintiffs, | : Civil Action Number: |
| vs. | : 1:13-cv-03555-WSD |
| NIKOLAS DINER, INC., | : |
| Defendant. | : |

### [~~PROPOSED~~] ORDER

The Parties having moved [Dkt. 67] for Review and Approval of their Settlement Agreement and Release of Claims (the Settlement") and the Complaint having included claims arising under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*.; the Court finds that the Settlement is a fair and reasonable resolution of this dispute. It is hereby **ORDERED** that the Motion is **GRANTED**, and the Settlement is **APPROVED** and incorporated herein. The Court shall retain jurisdiction over this matter until the terms set forth in Paragraphs 1 and 2 of the Settlement have been complied with.

IT IS SO ORDERED, this 3rd day of December, 2014.

_____
HONORABLE WILLIAM S. DUFFEY
U.S. DISTRICT COURT JUDGE

-- 1 --